```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
TIG INSURANCE COMPANY,

                Petitioner,                    ORDER

           - against -                         21 Civ. 2504 (NRB)


AMERICAN HOME ASSURANCE COMPANY, AIU
INSURANCE COMPANY, NATIONAL UNION FIRE
INSURANCE COMPANY OF PITTSBURGH,
PENNSYLVANIA, and NEW HAMPSHIRE INSURANCE
COMPANY,

                Respondents.
----------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** on March 23, 2021, petitioner TIG Insurance Company filed a petition pursuant to Section 9 of the Federal Arbitration Act to confirm a final arbitration award, issued November 6, 2020 ("Award"), ECF No. 1; and

**WHEREAS** the deadline to object to the Award had expired before the petition was filed and Respondents had not objected; and

**WHEREAS** there is authority to support the conclusion that in certain circumstances there remains a case and controversy between the parties, even where, as here, there was no objection to the Award; and

**WHEREAS** the arbitration was conducted pursuant to a Confidentiality Agreement and Protective Order, ECF No. 8-1; and

1

**WHEREAS** a temporary sealing order was previously entered in this case covering the Award, the Confidentiality Agreement and Protective Order, and an excerpt of an organizational meeting; and

**WHEREAS** the parties redacted certain confidential information in the petition and in the memorandum of law in support of respondents' motion to maintain the confidentiality of that information; it is hereby

**ORDERED** that the previously sealed documents shall remain sealed and that the redactions shall remain in effect; and it is further

**ORDERED** that the Award is confirmed.

Dated:    New York, New York
          April 22, 2021

                                    _____
                                       NAOMI REICE BUCHWALD
                                       UNITED STATES DISTRICT JUDGE